**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Feds for Medical Freedom, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01817 |
| | § | |
| Merrick B. Garland, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### <u>JOINT STIPULATION OF VOLUNTARY DISMISSAL</u>

COME NOW, Plaintiffs, Fed for Medical Freedom, *et. al.*, and Defendants, Merrick B. Garland, *et al.*, (jointly, the "Parties") in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby enter this Joint Stipulation of Voluntary Dismissal. As to Plaintiffs James Drohan, Warren Jenkins, Ann Parrillo, and Brian Toy's claims, the Parties agree to dismiss the claims without prejudice. As to Aldabert Bielski, the Parties agree to dismiss his claims with prejudice.[1] All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted,

February 18, 2025
DATE

/s/ E. Scott Lloyd
E. Scott Lloyd
Lloyd Law Group, PLLC
15 Chester Street
Front Royal, VA 22630
Office: (540) 823-1110
Cell: (540) 631-4081
Fax: (540) 583-4279
scott@lloydllg.com
*Counsel for the Plaintiffs*
*admitted pro hac vice*

---

[1] Mr. Bielski previously settled with the Defendants and is therefore barred from bringing a claim related to the allegations in this lawsuit in the future.

NICHOLAS J. GANJEI
United States Attorney

By: */s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
Email: myra.siddiqui@usdoj.gov
E-mail: natasha.alexander@usdoj.gov

Counsel for Defendants

2

**CERTIFICATE OF SERVICE**

I certify that, on February 18, 2025, the foregoing was filed through the Court's CM/ECF system and served on counsel of record through the Court's CM/ECF system.

*/s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney

3