United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDS FOR MEDICAL FREEDOM,** *et al.*, § § § Plaintiffs, § § VS. § **CIVIL ACTION NO. 4:23-CV-01817** § **MERRICK B. GARLAND,** *et al.*, § § § Defendants. § § | |

# ORDER

The parties in this case have filed a Joint Stipulation of Voluntary Dismissal. ECF No. 73. In accordance with that stipulation and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Aldabert Bielski's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. Plaintiffs James Drohan, Warren Jenkins, Ann Parrillo, and Brian Toy's claims are hereby **DISMISSED WITHOUT PREJUDICE**. All pending motions are hereby **DENIED AS MOOT**. ECF No. 64. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of February, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE