IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM *et al.*, | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) Civil Action No. 4:23-cv-01817 |
| v. | ) |
| | ) |
| MERRICK B. GARLAND *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COME NOW, Putative Class Agents, José Villela and Kyle Seraphin, on behalf of themselves and a class of similarly situated individuals, pursuant to Federal Rule of Civil Procedure 23(c)(1)(A), and respectfully move this Court to GRANT their Motion for Class Certification. This motion is based on the Putative Class Agents' accompanying Memorandum in Support of Motion for Class Certification and any oral argument the Court may allow. Plaintiffs respectfully request a hearing in this matter.

## CERTIFICATION OF CONFERENCE

Plaintiffs hereby certify that the parties conferred regarding this motion, which defendants plan to oppose.

Dated: May 12, 2025                                                        Respectfully Submitted,

                                               */s/ E. Scott Lloyd*
                                               E. Scott Lloyd
                                               Lloyd Law Group, PLLC
                                               106 Chester St, Suite 1
                                               Front Royal, VA 22630
                                               (540) 631-4081
                                               scott@lloydlg.com
                                               *Lead Counsel*
                                               *Counsel for Plaintiffs*
                                               *Admitted pro hac vice*

                                               Daniel W. Manning
                                               State Bar No. 24081018
                                               Southern District State Bar No. 3098098
                                               dmanning@bajb.com
                                               *Local Counsel*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I will cause the foregoing to be served upon the Defendants on May 12, 2025:

Myra Farah Siddiqui
DOJ-USAO
1000 Louisiana Street Suite 2300
Houston, TX 77002
713-567-9600
Email:Myra.Siddiqui@usdoj.Gov

Natasha Ann Alexander
DOJ-USAO
1000 Louisiana Street Ste #2300
Houston, TX 77002
713-567-9000
Email:Natasha.Alexander@usdoj.Gov

                                               */s/ E. Scott Lloyd*
                                               E. Scott Lloyd