UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Feds for Medical Freedom, *et al.*, | § § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 4:23-cv-01817 |
| Merrick B. Garland, *et al.*, | § § § |
| Defendants. | § § |

## JOINT STATUS UPDATE AND PROPOSED SCHEDULE

Pursuant to the Court's order (ECF No. 99), Plaintiffs Fed for Medical Freedom, *et. al.*, and Defendant Pamela Bondi[1] notify the Court that mediation was unsuccessful and propose the following briefing schedule for class certification:

- Plaintiffs shall their motion for class certification by October 1, 2025
- Defendant shall her response to the motion for class certification by October 29, 2025
- Plaintiffs shall their reply in support of motion for class certification by November 12, 2025

The Parties respectfully request to submit a scheduling order for the remaining deadlines in this case after the motion for class certification is ruled upon.

Respectfully submitted,

September 10, 2025
DATE

/s/ *E. Scott Lloyd*
E. Scott Lloyd
Lloyd Law Group, PLLC
106 Chester Street, Suite 1
Front Royal, VA 22630

---

[1] Per Federal Rule of Civil Procedure 25(d), Attorney General Pamela Bondi is automatically substituted as the successor to Attorney General Merrick Garland.

        Office: (540) 823-1110  
        Cell: (540) 631-4081  
        Fax: (540) 583-4279  
        scott@lloydllg.com

        Counsel for Plaintiffs  
        *\*admitted pro hac vice*

        NICHOLAS J. GANJEI  
        United States Attorney

Date: September 10, 2025        By: */s/ Myra Siddiqui*  
        Myra Siddiqui  
        Assistant United States Attorney  
        Southern District No. 3257790  
        Natasha Alexander  
        Assistant United States Attorney  
        Southern District No. 3770021  
        Texas Bar No. 24125476  
        1000 Louisiana, Suite 2300  
        Houston, Texas 77002  
        Tel: (713) 567-9000  
        Fax: (713) 718-3303  
        Email: myra.siddiqui@usdoj.gov  
        E-mail: natasha.alexander@usdoj.gov

        Counsel for Defendants

**CERTIFICATE OF SERVICE**

 I certify that, on September 11, 2025, the foregoing was filed through the Court's CM/ECF system and served on counsel of record through the Court's CM/ECF system.

             */s/ Myra Siddiqui*
             Myra Siddiqui
             Assistant United States Attorney