United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> MERRICK B. GARLAND, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:23-CV-01817 |

## ORDER ON BRIEFING

At a hearing on September 25, 2025, the Court approved the parties' proposed timeline for briefing on the issue of class certification, which required that Plaintiffs file a renewed Motion for Class Certification on or before October 1, 2025, Defendants respond by October 29, 2025, and Plaintiffs reply by November 11, 2025. Plaintiffs filed their renewed Motion to for Class Certification on October 1, 2025. ECF No. 108. On October 3, the Court granted Defendants' Motion for Extension of Time due to the lapse in appropriations for the Federal Bureau of Investigation. ECF No. 111. In light of the newly appropriated federal funds and pursuant to Defendants' Notice of Government Reopening (ECF No. 112), the Court now sets the following briefing deadlines. Defendants' Response to Plaintiff's Motion for Class Certification is due by December 11, 2025. Plaintiffs' Reply is due by December 26, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th day of November, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE