IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, ) | |
| ) | Civil Action No. 4:23-cv-01817 |
| **Plaintiffs** ) | |
| ) | MOTION TO CONTINUE |
| ) | HEARING ON MOTION |
| v.  ) | |
| ) | |
| MERRICK B. GARLAND, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO CONTINUE HEARING

COME NOW, the Plaintiffs, by and through their attorneys, pursuant to Fed. R. Civ. P. 7(b), and move this court to continue the motion hearing set for March 6, 2026, at 2:00 PM in the above-styled case to allow for settlement negotiations to continue.

The Parties have recently re-started settlement negotiations in earnest and have made significant progress within the last day which explains the late request. It appears that a settlement may be possible soon. Counsel certifies that the parties have conferred about continuing the hearing tomorrow, and Defendants have indicated that they oppose a continuance.

Dated: March 5, 2026                    Respectfully submitted:

/s/ E. Scott Lloyd
E. Scott Lloyd
Virginia Bar # 76989
Lloyd Law Group, PLLC
106 Chester Street, Suite 1
Front Royal, VA 22630
Ph: (540) 823-1110
Cell: (540) 631-4081

Fax: (540) 583-4279
scott@lloydlg.com
*Attorney-in-Charge*
*Counsel for Plaintiffs*
*Admitted* pro hac vice

Daniel W. Manning
Burns Anderson Jury & Brenner LLP
4807 Spicewood Springs Blvd. Ste. Bldg. 4
Austin, TX 78759
(281) 787-4505
State Bar No. 24081018
Southern District State Bar No. 3098098
dmanning@bajb.com
*Local Counsel*

## **CERTIFICATE OF SERVICE**

 I hereby certify I caused the foregoing to be served upon counsel for the Defendants on March 5, 2026, through the Court's CM/ECF system:

Myra Farah Siddiqui
DOJ-USAO
1000 Louisiana Street Suite 2300
Houston, TX 77002
713-567-9600
Email: Myra.Siddiqui@usdoj.gov

Natasha Ann Alexander
DOJ-USAO
1000 Louisiana Street Ste #2300
Houston, TX 77002
713-567-9000
Email: Natasha.Alexander@usdoj.gov