UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Feds for Medical Freedom, et al., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-01817 |
| Merrick B Garland, et al., | § § § | |
| Defendants. | § | |

## **DEFENDANTS' RESPONSE IN OPPOSITION TO CONTINUANCE**

Defendants oppose Plaintiffs' Motion to Continue Hearing. Dkt. 123.

First, settlement is unlikely at this time. The Parties' valuations of this case are extremely far apart, as Defendants made clear when opposing Plaintiffs' motion for alternative dispute resolution in July 2025. Dkt. 95 at 2-3. Nonetheless, Plaintiffs forced Defendants into mediation and an abatement of all deadlines, and mediation before the magistrate judge was unsuccessful. *See* Dkt. 99, 100. Moreover, since the failed mediation in August 2025, no additional discovery has been taken, so there is no basis to argue there has been a change in Defendants' valuation of the case or settlement prospects.

Second, Plaintiffs originally filed this lawsuit on May 17, 2023. Dkt. 1. This case has been pending for almost three years. Since this lawsuit was filed, Plaintiffs have moved for class certification three times. *See* Dkt. 64, 65 (August 21, 2024); Dkt. 79, 80 (May 12, 2025); Dkt. 108, 109 (October 1, 2025). There is no reason for yet another delay in this case, and a ruling on the threshold question of class certification will help determine next steps for both parties.

For the reasons listed above, Defendant opposes continuance of the class certification hearing.

Dated: March 5, 2026

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: */s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
Email: myra.siddiqui@usdoj.gov
E-mail: natasha.alexander@usdoj.gov
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on March 5, 2026, the foregoing was filed and served on counsel of record through the Court's CM/ECF system.

*/s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney