United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FEDS FOR MEDICAL FREEDOM,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-CV-01817** |
| | § | |
| **MERRICK B GARLAND,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

The Court held a hearing on Plaintiffs' Motion for Class Certification on April 22, 2026. At the hearing, the Court provided the parties an opportunity to submit additional briefing regarding the calculation of individual damages in this case. Pursuant to this permission, Plaintiffs have submitted supplemental briefing (ECF No. 131) which includes, for the first time, a proposed model for calculating damages.

The Court will allow Defendants an opportunity to respond to Plaintiff's proposed damages model. If Defendants wish to respond, they must do so on or before May 18, 2026. If Plaintiffs wish to Reply, they must do so on or before May 21, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 11, 2026.

Keith P. Ellison
United States District Judge

1 / 1