**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Feds for Medical Freedom, et al., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-01817 |
| Pam Bondi, et al.,[1] | § § § | |
| Defendants. | § § | |

**STATUS REPORT**

Pursuant to the Court's Memorandum and Order (Dkt. 135), the Parties hereby provide a status report.

Federal Defendants will move this Court by July 31, 2026, to sever and transfer the Named Plaintiffs to the district where their claims originated. Because this case will not proceed as a class action, Federal Defendants will move to sever and transfer the majority of the Plaintiffs' claims, because the majority of Plaintiffs do not reside in this district, and all or a majority of the challenged employment actions did not occur in this district. Plaintiffs have indicated they will oppose this relief.

Dated: July 21, 2026

Respectfully submitted,

AARON REITZ
United States Attorney

By: */s/ Natasha Alexander*
Myra Siddiqui

---

[1] Pursuant to Fed. R. Civ. P. 25(d), a successor is automatically substituted as a party. Therefore, Defendant Attorney General Pamela Bondi is substituted for former Attorney General Merrick Garland.

Assistant United States Attorney
Southern District No. 3257790
Texas Bar No. 24106434
Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
E-mail: myra.siddiqui@usdoj.gov
E-mail: natasha.alexander@usdoj.gov

*/s/ E. Scott Lloyd*
E. Scott Lloyd
Lloyd Law Group, PLLC
Virginia Bar No. 76989
106 Chester Street, Suite 1
Front Royal, VA 22630
Tel: (540) 823-1110
E-mail: scott@lloydlg.com
*Counsel for Plaintiffs*
*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, the foregoing was filed and served on counsel for

Plaintiffs through the Court's CM/ECF system.

*/s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney

2